**Opinion filed October 17, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00160-CV

_____

## $11,938.00 IN U.S. CURRENCY AND FIREARM, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from Criminal District Court No. 4**
**Tarrant County, Texas**
**Trial Court Cause No. S-15487**

---

## M E M O R A N D U M   O P I N I O N

Dmorion Holleman timely appealed the trial court's judgment in a civil forfeiture proceeding, in which it found that the firearm and $11,938.00 seized from Holleman was contraband subject to forfeiture. Upon receipt of the clerk's record, we notified Appellant that his brief was due on June 28, 2024. On July 16, and again on August 12, we informed Appellant that we had not received his brief, and, on our own motion, extended the filing deadline to September 11, 2024. We further advised

Appellant that the failure to file a brief may result in the dismissal of this appeal. *See* TEX. R. APP. P. 38.8(a)(1).

We have not received a brief from Appellant, or a request for an extension of time to file his brief. Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed. *See id*. R. 38.8(a)(1), 42.3(b), (c).

Accordingly, we dismiss this appeal for want of prosecution.


JOHN M. BAILEY
CHIEF JUSTICE


October 17, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.